UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,           :
                                 Plaintiff,    :
                                                            :         21 Cr 482 (LGS)
                     -against-                      :
                                                            :          <u>SCHEDULING ORDER</u>
HECTOR OMAR SEMPERTEGUI,          :
                                      Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Hector Omar Sempertegui's sentencing hearing shall be held on **November 30, 2021**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any, shall be filed on or before **November 8, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **November 11, 2021.**

Dated: August 6, 2021
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                              **UNITED STATES DISTRICT JUDGE**