UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
: 21 Cr. 482 (LGS)
-v-                                          :
: **ORDER**
HECTOR OMAR SEMPERTEGUI,                     :
            Defendant,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with Hector Omar Sempertegui's consent, his guilty plea allocution was taken before Magistrate Sarah Netburn on July 30, 2021;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       March 15, 2022

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**